FILED
CLERK, U.S. DISTRICT COURT

FEB 2 5 2014

CENTRAL DISTRICT OF CALIFORNIA
BY      M R          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

     v.

ALEJANDRO JAIME CAMPOS

              Defendant.

MJ 14-0428

ORDER OF DETENTION AFTER
HEARING (Fed.R.Crim.P. 32.1(a)(6)
Allegations of Violations of Probation/
Supervised Release Conditions)

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)   (X)   the appearance of defendant as required; and/or

(B)   (X)   the safety of any person or the community.

//

//

The court concludes:

A. ☒  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he will proudly comply w/ conditions of release; also, defendants criminal history indicate danger.

(B) ☑  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he will comply w/ conditions — also, no bail resources, possible substance abuse

IT IS ORDERED that defendant be detained.

DATED: 2/25/14

SH Segal

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2